# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEETE LEE,<br><br>                                       Petitioner,<br>    vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, Attorney General; RON SMITH, Director of San Diego Field Office, U.S. Immigration and Customs Enforcement; ANTHONY CERONE, Officer-in-charge,<br><br>                                       Respondents. | CASE NO. 07CV1879 JLS (WMc)<br><br>ORDER (1) REQUIRING RESPONSE TO PETITION and (2) GRANTING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. No. 2) |

On September 25, 2007, petitioner Jeete Lee, an immigration detainee, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) Having reviewed the petition, respondents are hereby **ORDERED** to file and serve a response to the petition no later than October 29, 2007. The response **SHALL INCLUDE** all documents relevant to the issues raised in the petition. Should petitioner wish to reply to the response, he **SHALL REPLY** no later than December 3, 2007. The matter will be deemed under submission at that time, and the parties shall await further order from this Court.

Petitioner has also filed a motion for appointment of counsel pursuant to 18 U.S.C. § 3006A. (Doc. No. 2.) Section 3006A(a)(2)(b) provides, when the Court determines that "the

interests of justice so require," the Court may appoint counsel for financially eligible individuals who are seeking relief under § 2241.  The Court finds the appointment of counsel is appropriate in this case.  Federal Defenders of San Diego, Inc., has requested to be appointed to represent petitioner in this matter.  [Lopez Decla. ISO Motion.]  The Court therefore **GRANTS** petitioner's motion for appointment of counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent him.

 IT IS SO ORDERED.

DATED:  October 2, 2007

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge